HARRY WOLFE, Respondent, v. E. C. DAVISON, as General Secretary-Treasurer of Grand Lodge of International Association of Machinists, et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

J. M. BYRNE, Respondent, v. LUDOWICI-CELADON COMPANY, Appellant.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

MAX DRUCKER, as Administrator of the Estate of GILBERT DRUCKER, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.—

No opinion. Carswell, Johnston and Lewis, JJ., concur; Adel and Taylor, JJ., dissent and vote to reverse the judgment and to grant a new trial, with the following memorandum: In our opinion the evidence with respect to the life-guard device did not describe its construction and operation adequately and was insufficient to support the finding that it was negligently maintained. That issue, on the evidence adduced, should not have been submitted to the jury. Although there was no exception to the court's charge, there was a consistent attitude of protest on appellant's part as to the sufficiency of the evidence on that issue. We believe that a new trial is warranted in the interests of justice, inasmuch as the jury may have rested its verdict upon a theory of negligence that was not established.

ANNE DUBETSKY et al., Appellants, v. 42ND STREET, MANHATTAN AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Defendant, and FRANCIS J. HUGHES, Defendant-Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. MIDLAND TERRACE CORPORATION et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.